CHARLES COHEN v. ROYAL BLUE CIGAR STORES, INC.— Application denied,

with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.